UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

Plaintiff,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No.: 1:26-cv-06389-KES-EGC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE

Docs. 10

Plaintiff Patrick A. Cannavan is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 11, 2026, the assigned magistrate judge issued findings and recommendations to dismiss this action as duplicative. Doc. 10. Any objections were to be filed within 14 days. *Id*. at 4-5. On September 17 and September 23, 2026, plaintiff filed objections. Docs. 11. 12. Plaintiff's objections fail to establish why this action is not duplicative of *Cannavan v. Newsom, et al.*, Case No. 1:26-cv-05670-FJS, and plaintiff fails to show any error in the magistrate judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, including the objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 11, 2026, Doc. 10, are ADOPTED in full;
2. This action is DISMISSED as duplicative of an earlier filed action.
3. The Clerk of the Court is directed to terminate any pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE